# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 23 A 10: 25

CLERK

WILDERNESS WATCH and PUBLIC
EMPLOYEES FOR ENVIRONMENTAL
RESPONSIBILITY,
    Plaintiffs

**JUDGMENT IN A CIVIL CASE**

vs.

FRAN P. MAINELLA, DIRECTOR,
NATIONAL PARK SERVICE; UNITED
STATES DEPARTMENT OF THE
INTERIOR; JERRE BRUMBELOW,
SUPERINTENDENT, CUMBERLAND
ISLAND NATIONAL SEASHORE; and
GREYFIELD INN, CORP.,
    Defendants

Case Number CV202-93

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Order of the Court entered September 20, 2005, adopting in part the Report and Recommendation of the Magistrate Judge and granting the Plaintiffs' motion for attorneys' fees, judgment is hereby entered in favor of the Plaintiffs, WILDERNESS WATCH and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, and against the Defendants, FRAN P. MAINELLA, DIRECTOR, NATIONAL PARK SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; JERRE BRUMBELOW, SUPERINTENDENT, CUMBERLAND ISLAND NATIONAL

SEASHORE; and GREYFIELD INN, CORP., in the amount of ONE HUNDRED FIFTEEN THOUSAND TWO HUNDRED FORTY-THREE DOLLARS AND FIFTY CENTS ($115,243.50) for attorneys' fees and in the amount of SEVEN THOUSAND ONE HUNDRED NINETY-FIVE DOLLARS AND THIRTY-ONE CENTS ($7,195.31) for costs.

APPROVED:

_____
Judge, U.S. District Court

Date: September 20, 2005         SCOTT L. POFF, CLERK

                                 _____
                                 By: Sherry Taylor, Deputy Clerk